Case: 1:24-mj-00006
Assigned To : Meriweather, Robin M.
Assign. Date : 1/8/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ███████████ is a Federal Bureau of Investigation (FBI) Special Agent assigned to the FBI Philadelphia Division, Allentown Pennsylvania Resident Agency. In my duties as a special agent, I investigated allegations associated with international terrorism, domestic terrorism, threatening communications, fraud, possession of child pornography, and other federal violations. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a FBI Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Identification of Ian MacBride

On January 11, 2021, an anonymous tipster provided Facebook posts from a user named "Ian MacBride" where the user posted a photo an individual inside the U.S. Capitol building on January 6, 2021. The user wrote that he had gone inside the U.S. Capitol building that day, claiming that the riot was a "set-up" by U.S. Capitol Police.



*Images 1 - 2: Screenshot of MacBride taken from MacBride's personal Facebook account and screenshot of MacBride's comment posted to another Facebook user's post.*

During the course of the investigation, I also viewed a publicly visible Instagram account with the display name "Ian MacBride" with a bio section stating "SEPA," which I understand is often used as a reference to "Southeastern Pennsylvania." On July 5, 2021, a photograph was posted to this Instagram account depicting the SUBJECT in a bar with a green "Kekistan" flag[1] hung on the ceiling and an "Area Closed" sign with U.S. Capitol Police decals hung on the wall.

---

[1] I understand the phrase "Kekistan" to refer to a fictional country referenced in online "alt-right" political discourse.



*Image 3: Ian MacBride Instagram photograph posted July 5, 2021 (MacBride visible on left). A white Capitol Police "Area Closed" sign and green "Kekistan" flag are visible on the wall and ceiling.*

The "Area Closed" sign visible in Image 3 appears to match signs posted by the U.S. Capitol Police, in coordination with the U.S. Secret Service, on the fencing along and within the restricted perimeter established around the U.S. Capitol prior to the breach on January 6, 2021. Images 4 and 5 below show these "Area Closed" signs as they appeared on the morning of January 6, 2021.



*Images 4 – 5: (left) Sign attached to fencing on U.S. Capitol grounds reading "AREA CLOSED By order of the United States Capitol Police Board"; (right) West side of U.S. Capitol building and grounds with white "Area Closed" signs visible along fencing*

Meta records obtained via subpoena provided that these Instagram and Facebook accounts are both registered to an individual named "Ian MacBride," with the email speedracerfx@yahoo.com and the phone number XXX-XXX-5979. Yahoo Inc. records obtained via subpoena indicated that the email address speedracerfx@yahoo.com was registered with the name Ian MacBride and the 5979 phone number. Google records obtained via subpoena identified a Google account registered with the speedracerfx@yahoo.com email under the name Ian MacBride.

According to records obtained through a search warrant served on Google, a mobile device associated with speedracerfx@yahoo.com was present at the U.S. Capitol on January 6, 2021. Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. As a result, Google assigns a "maps display radius" for each location data point. Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point. Finally, Google reports that its "maps display radius" reflects the actual location of the covered device approximately 68% of the time. In this case, Google location data shows that a device associated with speedracerfx@yahoo.com was within the U.S. Capitol building and on Capitol grounds from approximately 1:50 p.m. to 2:39 p.m. Google records show that the "maps display radius" for this location data encompassed an area entirely within U.S. Capitol grounds and partially within the U.S. Capitol Building.



I also reviewed posts from an online forum, Patriots.Win, from username "PennsylPede1776," after receiving a tip from a confidential human source ("CHS") that the user had admitted to entering the U.S. Capitol building on January 6, 2021 and had posted a photograph of a U.S. Capitol Police sign the user allegedly stole from Capitol grounds.

There are several indications that the PennsylPede1776 is operated by MacBride.[2] For example, on January 23, 2021, PennsylPede1776 made a post on the forum titled, "Hung my Capitol battle flags and ill gotten 'Area Closed' sign up in my bar tonight." The post included an image of the same bar shown in the MacBride Instagram account, with the photo taken from a separate angle, and it showed the green Kekistan flag, the white USCP "Area Closed" sign, in addition to a blue "Make America Great Again" flag.

---

[2] A subpoena for subscriber data served on Patriots.Win pursuant to 18 U.S.C. § 2703 did not reveal information about the owner of the "PennsylPede1776" account. Legal counsel for Patriots.Win provided an email address associated with the "PennsylPede1776" account that had been encrypted and thus not decipherable.



*Image 6: PATRIOTS.WIN Forum photograph*

Additionally, on December 25, 2020, PennsylPede1776 wrote on Patriots.Win: "I'm 40, SWM, 5'11" … located in SEPA." I reviewed Pennsylvania Department of Transportation records pertaining to MacBride that contained biographical data consistent with PennsylPede1776's description of himself. The records identify MacBride as a white male with a listed height of 5'11" who resides in Southeast Pennsylvania (often abbreviated as "SEPA") and who was 40 years old on the date of the post above.

CAN WE PLEASE GET A MAGA DATING SITE?! We should be prioritizing finding partners, getting married, and having kids.... and yet I see next to zero effort from conservative groups/businesses to aid in that while the Left has a monopoly on it online. by AmericaFirstPepe

PennsylPede1776 -1 points 2 years ago +1 / -2

Amen. If there are any lady'pedes looking...I'm 40, SWM, 5'11", tattooed, homeowner, full time job, into cars/trucks, guns, BBQ (which makes me a little chubby, but I'm working on it), and everyone says I'm hilarious. Located in SEPA.

*Image 7: Dec. 25, 2020 comment written by MacBride under the username PennsylPede1776*

In the leadup to January 6, 2021, MacBride posted regularly on the forum under the username Pennsylpede1776 about his intention to travel to Washington, D.C. on January 6, 2021. For example, on Dec. 29, 2020, MacBride wrote, "I'm coming to DC on the 6th." On January 5, 2021 at 8 p.m. MacBride wrote, "I'll see you F****ts in DC tomorrow. SHADILAY!"[3] On January 6, 2021 at 8:52 a.m., the user posted "6 buses full of Patriots coming in hot! Let's do this!"

---

[3] I understand "Shadilay" to refer to a 1986 Italian disco song referenced in alt-right online discourse as the "national anthem" of the fictional country "Kekistan."



*Image 8: Posts by MacBride on the Patriots.Win forum.*

MacBride also posted in the days prior to January 6, 2021 about the importance of former Vice President Mike Pence blocking Congress from certifying the 2020 Electoral College vote, and his belief that, if Pence did not act, that violent action would be necessary to prevent certifying what he claimed was a fraudulently won election. For example, on December 29, 2020, MacBride commented on a later-deleted post concerning Pence's role at the January 6 joint session, writing: "So enlighten us. What are we going to do on the 6th to change the outcome of this? Are you coming in hot, guns blazing? If not, you're not doing shit and you're stuck relying on Pence." On December 31, 2020, MacBride commented on a later-deleted post: "We will literally drag them out of the Capitol and shove broom sticks up their asses. Don't fucking push us."

On or about July 14, 2023, I visited MacBride at his place of business in Eleverson, Pennsylvania, where I addressed him by name, and MacBride in turn identified himself to me in response. I recognized MacBride as the same individual depicted on his social media accounts and as the individual shown in the images below wearing a green jacket, a red "Make America Great Again" hat, and carrying a flagpole with a blue "Trump 2024" flag and a green "Kekistan" flag.

**MacBride's Activity at the U.S. Capitol on January 6, 2021**

During the course of this investigation, I reviewed video footage from U.S. Capitol Police ("USCP") closed-caption video ("CCV") and photographs and video recorded by individuals present at the Capitol on January 6, 2021 that showed MacBride in and around the U.S. Capitol building that day. MacBride is shown in this footage wearing a green outer jacket, a black inner jacket, a cream-colored Afghan, blue jeans, brown shoes, red "Make America Great Again" hat, and a black backpack with two horizontal strips of yellow reflective tape across it. He also carried a green "Kekistan" flag and blue "Trump 2020" flag.



*Image 9: MacBride near the U.S. Capitol on January 6, 2021.*

At 2:13 p.m., the Capitol building was breached for the first time that day. Rioters overran multiple police lines on the west front of Capitol grounds and scaled the Northwest Staircase to reach the exterior the Capitol building's first floor at the Senate Wing Door entryway. There, rioters used wooden planks, stolen police shields, and other blunt objects to smash the windows to the left and right of the Senate Wing Door. Rioters then crawled through the smashed-out windows and kicked open the Senate Wing Door.

As shown on CCV, MacBride scaled the Northwest Stairs with other rioters at 2:15 p.m., then approached the exterior of the Senate Wing Door at 2:17 p.m.



*Images 10-11: MacBride scaling the Northwest Stairs and approaching the Senate Wing Door at 2:17 p.m.*

MacBride then entered the building through the Senate Wing Door at 2:18 p.m., just five minutes after its initial breach. At the time MacBride entered, a loud siren continuously rang inside the doorway and shattered glass covered the floor near the entryway.



*Image 12: MacBride entering the Senate Wing Door at 2:18 p.m.*

After entering the building, MacBride turned north and walked into a large, circular room known as the Crypt, where he joined other rioters amassing against a thin line of USCP officers blocking the crowd from breaching further into the Capitol. CCV and video recorded by third parties captured MacBride in this crowd at approximately 2:21 p.m.



*Images 13-15: MacBride entering the Crypt at approximately 2:21 p.m.*

At 2:25 p.m., the crowd of rioters in the Crypt overran the line of officers blocking their path in the Crypt, allowing the crowd to fill the remainder of the room and access the Memorial Door staircase leading to the second floor of the Capitol where the Senate and House Chambers were located.



*Image 16: Rioters in the Crypt overrunning a line of Capitol Police officers at approximately 2:25 p.m. (MacBride not pictured)*

At 2:32 p.m., after rioters had pushed past police and filled the Crypt, MacBride is seen following the crowd into a doorway leading south out of the crypt, which led to a small circular room leading to the Memorial Door staircase.



*Images 17-18: MacBride entering the anteroom to the Memorial Door staircase at 2:33 p.m.*

Capitol Police officers then led MacBride and several other rioters east to the Memorial Doors, where MacBride is shown on CCV leaving the Capitol building at approximately 2:39 p.m.



*Images 19-20: MacBride exiting the Capitol building at approximately 2:39 p.m.*

At 2:50 p.m. EST on January 7, 2021, MacBride wrote on Donald.Win: "I don't regret my part in occupying the building."

The Capitol Siege was fucking awesome and I'm not going to pretend it wasn't. by diversityisgay

PennsylPede1776 65 points 2 years ago  +67 / -2

It was a total set-up, but I don't regret my part in occupying the building. It's OUR house, and we have every right to be inside it. The people who work there are NOT our masters. They work for us, and they need to be reminded of it.

permalink  context  all comments (236)  save  report  block

*Image 21: Jan. 7, 2021 comment on Patriots.Win by MacBride on another user's post*

Based on the foregoing, your affiant submits that there is probable cause to believe that IAN MACBRIDE violated 18 U.S.C. §§ 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that IAN MACBRIDE violated 40 U.S.C. §§ 5104(e)(2)(D) and (G), which makes it a crime to (D) willfully and knowingly utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Your affiant also submits there is probable cause to believe that IAN MACBRIDE violated 18 U.S.C. § 641, which makes it a crime for a person to embezzle, steal, purloin, or knowingly convert to his use or the use of another, or without authority, sell, convey or dispose of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or receive, conceal, or retain the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted.

Finally, your affiant submits there is also probable cause to believe that HALTOM violated 18 U.S.C. § 1512(c)(2), which makes it a crime to obstruct, influence, or impede any official proceeding, or attempt to do so. Under 18 U.S.C. § 1515, congressional proceedings are official proceedings.

SPECIAL AGENT
FEDERAL BUREAU OF
INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 9th day of January 2024.

2024.01.09
10:44:55 -05'00'

HON. ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE